**Motion Granted; Abatement Order filed October 8, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00153-CR
_____

**THOMAS JAMES IANUZI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1368809**

## ABATEMENT ORDER

On September 10, 2013, this court ordered the Harris County District Clerk to file a supplemental clerk's record containing:

(1) a complete copy of Thomas James Ianuzi's two-page motion for new trial filed January 10, 2013, and all attachments and orders affixed to it; and

(2) any affidavit(s) or unsworn declaration(s) of Thomas James Ianuzi or any other person that was filed in the aforementioned case on or before January 17,

2013. On September 30, 2013, the clerk certified the record could not be supplemented as ordered.

Appellant has filed a motion to abate to determine whether the clerk's record can be corrected. *See* Tex. R. App. P. 34.5(d) and (e). The motion is GRANTED.

Accordingly, the trial court is directed to determine the following: (1) if a filing designated for inclusion in the clerk's record has been lost or destroyed; (2) whether the parties may, by written stipulation, deliver a copy of that item to the trial court clerk for inclusion in a supplement to the clerk's record; or (3) if the parties cannot agree, the trial court must determine what constitutes an accurate copy of the missing item and order it to be included in a supplemental clerk's record. The court is directed to reduce its findings to writing and to have a supplemental clerks record containing those findings filed with the clerk of this court, within thirty (30) days of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM